IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00727-REB-KLM

JOYCE HOWELLS, individually,
KENT HOWELLS, individually, and
ESTATE OF RAYMOND HOWELLS, deceased, by and through putative personal representative Joyce Howells,

    Plaintiffs,

v.

SUNRISE SENIOR LIVING SERVICES, INC., a Delaware corporation, d/b/a
BRIGHTON GARDENS OF COLORADO SPRINGS, and
BLAKE THOMAS, individually,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Motion To Dismiss With Prejudice** [#25] filed January 9, 2009. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#25] filed January 9, 2009, is **GRANTED**;

2. That the Trial Preparation Conference set for July 10, 2009, is **VACATED**;

3. That the jury trial set to commence July 27, 2009, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 9, 2009, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**